STATE *v.* PATTERSON.

———————

STATE v. JULIUS PATTERSON AND STATE-WIDE BAIL, INC.

(Filed 22 September, 1954.)

APPEAL by the surety on defendant's appearance bond from *Morris, J.,* May Term 1954, WILSON. Affirmed.

Criminal prosecution, heard on motion to vacate or modify judgment absolute entered against the surety on defendant's appearance bond.

The defendant was tried in the recorder's court of the city of Wilson under G.S. 14-33 (3). He was convicted and appealed to the Superior Court. He executed bond for his appearance at the February 1954 Term of the Superior Court with State-Wide Bail, Inc. as surety. At said term judgment *nisi* was entered. *Scire facias* returnable on the first day of the May Term was served on the surety. Judgment absolute was entered 3 May 1954. The surety appeared and moved to vacate said judgment. The motion was denied and said surety appealed.

*Charles L. Abernethy, Jr., for appellant.*
*Luke Lamb for appellee.*

PER CURIAM. The facts in this case are substantially on all fours with the facts in *S. v. Dew, ante,* 595, except that here the defendant alleges

that "the said defendant is more than likely serving a sentence in another jurisdiction." What is said in the opinion in that case is controlling here.
    Affirmed.